IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALLEN PATCH, RACHEL FAIT and RICK CAVELLO, | ) ) ) | |
| Plaintiffs, | ) ) | 8:10CV289 |
| v. | ) ) ) | |
| PLATTE VALLEY BANK, TOYOTA MOTOR CREDIT CORPORATION, a California corporation, TOYOTA FINANCIAL SERVICES, JOHN CHILDRESS, TIFFANY WASSERBURGER, in their individual and official capacities, and JOHN DOES 1-10, | ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiffs' motion to dismiss without prejudice defendants Tiffany Wasserburger and John Childress (Filing No. 18).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that plaintiffs' motion is granted; Tiffany Wasserburger and John Childress are dismissed without prejudice as defendants in this action.

DATED this 8th day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court