IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ALLEN PATCH, RACHEL FAIT and   )
RICK CAVELLO,                  )
                               )
          Plaintiffs,          )           8:10CV289
                               )
     v.                        )
                               )
PLATTE VALLEY BANK, TOYOTA     )           ORDER
MOTOR CREDIT CORPORATION, a    )
California corporation,        )
TOYOTA FINANCIAL SERVICES,     )
and JOHN DOES 1-10,            )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on the joint motion of the parties for extension of time to file Rule 26 planning conference report (Filing No. 38).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; the parties shall have until December 29, 2010, to file their Rule 26 report.

DATED this 14th day of October, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court