IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ALLEN PATCH, RACHEL FAIT and  )
RICK CAVELLO,                 )
                              )
          Plaintiffs,         )         8:10CV289
                              )
     v.                       )
                              )
PLATTE VALLEY BANK, TOYOTA    )         ORDER
MOTOR CREDIT CORPORATION, a   )
California corporation,       )
TOYOTA FINANCIAL SERVICES,    )
and JOHN DOES 1-10,           )
                              )
          Defendants.         )
_____)
```

       This matter is before the Court at the request of the parties to continue the stay of discovery pending ruling on the motion for summary judgment. Accordingly,

       IT IS ORDERED that the stay of discovery in this matter is continued. A further scheduling conference will be held after the ruling on the motion for summary judgment.

       DATED this 23rd day of May, 2011.

                                BY THE COURT:

                                /s/ Lyle E. Strom
                                _____
                                LYLE E. STROM, Senior Judge
                                United States District Court