IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ALLEN PATCH, RACHEL FAIT and  )
RICK CAVELLO,                 )
                              )
          Plaintiffs,         )         8:10CV289
                              )
     v.                       )
                              )
PLATTE VALLEY BANK, TOYOTA    )         ORDER
MOTOR CREDIT CORPORATION, a   )
California corporation,       )
TOYOTA FINANCIAL SERVICES,    )
and JOHN DOES 1-10,           )
                              )
          Defendants.         )
_____)
```

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 84).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice, each party to pay its own costs and attorney fees.

DATED this 11th day of July, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court